# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JORGE TORRES; ET AL.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**BRISTOL-MYERS SQUIBB PUERTO RICO, INC.; ET AL.,**<br><br>    **Defendants.** | **CIVIL NO. 23-1081 (PAD)** |
| **JUAN RAFAEL AROCHO SANTOS; ET AL.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**BRISTOL-MYERS SQUIBB PUERTO RICO, INC.; ET AL.,**<br><br>    **Defendants.** | **CIVIL NO. 23-1454 (PAD)** |

## JUDGMENT

In accordance with the Order issued today (Docket No. 142), the court hereby enters judgment pursuant to the "Joint Stipulations for Voluntary Dismissal with Prejudice" (Docket Nos. 140; 140-1; 140-2; 140-3; 140-4), the terms of which are adopted and incorporated as part of this judgment. Accordingly, the case is hereby dismissed with prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of October 2025.

<u>Torres; et al.</u> v. <u>Bristol-Myers Squibb Puerto Rico, Inc.; et al.</u>
Civil No. 23-1081
Judgment
Page 2

                                              <u>s/Pedro A. Delgado-Hernández</u>
                                              PEDRO A. DELGADO-HERNÁNDEZ
                                              United States District Judge